UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAROLYN MARTINEZ,                           )      NO. EDCV 11-00539-MAN
                                            )
                Plaintiff,                  )
                                            )      JUDGMENT
         v.                                 )
                                            )
MICHAEL J. ASTRUE,                          )
Commissioner of Social Security,            )
                                            )
                Defendant.                  )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of Social
Security is reversed, and the cause is remanded for further proceedings
consistent with the provisions of the Memorandum Opinion and Order.

DATED: February 22, 2012
                                      _____
                                            MARGARET A. NAGLE
                                      UNITED STATES MAGISTRATE JUDGE