LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CAROLYN MARTINEZ, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner Of Social Security, ) <br> ) <br>    Defendant. ) | No.  EDCV 11-539 MAN <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED AND FIFTY DOLLARS AND 00/100 ($2,150.00) subject to the terms of the Stipulation.

DATE:  March 30, 2012

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-